```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| STACEY A. WEEKS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, et al. | : | NO. 25-187 |
| | : | |

<u>ORDER</u>

AND NOW, this 19th day of November 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendant United States to dismiss all claims by plaintiff in her own right under the Pennsylvania Wrongful Death Act (Count VI) for lack of subject matter jurisdiction is GRANTED;

(2) the motion of the United States to dismiss for lack of subject matter jurisdiction Count II alleging negligence to properly execute its arrest warrant, Count III alleging negligence to provide prompt medical attention, and the remaining counts for intentional and negligent inflection of emotional distress (Counts IV and V) and under the Pennsylvania Survival Act (misnumbered as Count V) but only to the extent those remaining counts are predicated on Counts II and III (Doc. # 30) is GRANTED;

(3) the motion of the United States to dismiss for lack of subject matter jurisdiction is otherwise DENIED;

(4)   the motion of the individual defendants Edward Conway, Benjamin Paris, Michael Bailey, Travis Nissley, George Stevenson, Jr., Robert Lythgoe, and Ryan Jones to dismiss all counts against them (Doc. # 29) is GRANTED for failure to state a claim upon which relief can be granted; and

(5)   no amendment to the amended complaint will be permitted.

BY THE COURT:

/s/   Harvey Bartle III
                                                    J.