```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

STACEY A. WEEKS                  :       CIVIL ACTION
                                 :
         v.                      :
                                 :
UNITED STATES OF AMERICA,        :       NO. 25-187
et al.                           :

## ORDER

AND NOW, this 17th day of December 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of plaintiff for reconsideration (Doc. #44) is DENIED.

                                   BY THE COURT:


                                   /s/   Harvey Bartle III
                                                        J.